IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 7:21cv00306 |
| | ) | |
| VIRGINIA POLYTECHNIC INSTITUTE | ) | By: Elizabeth K. Dillon |
| AND STATE UNIVERSITY, TIMOTHY SANDS, | ) | United States District Judge |
| and KATHRYN POLIDORO, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER FOR TEMPORARY SEAL

Upon consideration of the non-party movant's third-party emergency motion to seal (Dkt. No. 6) and to allow the court time to hear argument regarding the same, the court will temporarily seal the complaint (Dkt. No. 1) and plaintiff's motion for a preliminary injunction (Dkt. No. 3), which appear to be the only documents at issue now.  These documents will remain under temporary seal until further order of the court.

Therefore, it is hereby ORDERED that the complaint (Dkt. No. 1) and the plaintiff's motion for a preliminary injunction (Dkt. No. 3) are TEMPORARILY SEALED until further order of this court.  It is further ORDERED that plaintiff is not to identify the non-party movant by name in any additional filings until further order of this court.  The clerk is directed to send a copy of this order to all counsel of record and to the defendants who have not yet had counsel enter an appearance.

Entered: May 26, 2021.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge