IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 7:21-cv-00306 |
| | ) | |
| VIRGINIA POLYTECHNIC INSTITUTE | ) | By: Elizabeth K. Dillon |
| AND STATE UNIVERSITY, TIMOTHY SANDS, | ) | United States District Judge |
| and KATHRYN POLIDORO, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that plaintiff's motion to proceed by pseudonym (Dkt. No. 2) is DENIED. It is further ORDERED that the third-party motion to seal (Dkt. No. 6) is GRANTED. The parties are prohibited from disclosing the identity of the two third-party students named in the original complaint, and the two third-party students are to be referred to and named by the pseudonyms Jill Roe and Joy Smith, as designated in the memorandum opinion. Finally, it is ORDERED that the complaint (Dkt. No. 1) and the motion for a preliminary injunction (Dkt. No. 3) are SEALED. Plaintiff is ORDERED to file an amended complaint that identifies the plaintiff, uses appropriate pseudonyms for the third parties, and removes the imbedded photographs and instead attaches the photographs as exhibits, under seal, to the amended complaint.

Entered: January 6, 2022.

*/s/ Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge