UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 7:21-cv-00306 |
| ) | Judge Elizabeth K. Dillon |
| VIRGINIA POLYTECHNIC ) | |
| INSTITUTE and ) | |
| STATE UNIVERSITY, *et al*, ) | |
| ) | |
| Defendants. ) | |

**BRIEFING ORDER**

The parties, by counsel, have agreed upon, and the court ORDERS, the following briefing schedule in this matter:

1. Plaintiff shall file an amended complaint and an amended motion for a preliminary injunction by noon on January 26, 2022;

2. Defendants shall respond to the amended complaint and amended motion for a preliminary injunction within 14 days of the filing of the amended complaint and amended motion; and

3. If necessary, the parties shall file responses within 14 days and replies within 7 days of the filing necessitating a response or reply.

4. The court shall hold a video hearing (in person if conditions allow) on February 25, 2022, at 10 a.m., on Plaintiff's refiled motion for a preliminary injunction and any motions Defendants may file in response to either the motion for a preliminary injunction or the amended complaint.

Entered: January 21, 2022.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge