UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| JANE DOE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, | ) ) ) Civil Action No. 7:21-cv-306 |
| TIMOTHY SANDS, | ) |
| and | ) |
| KATHRYN POLIDORO, | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, Jane Doe, by counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and gives notice of her dismissal without prejudice of the complaint filed herein, noting that:

1. Plaintiff, by counsel, filed a Complaint in the above referenced matter.

2. No answer has been filed.

3. No motion for summary judgment has been filed.

WHEREFORE, the Plaintiff, Jane Doe, by counsel, files this Notice of Voluntary Dismissal without prejudice to refile.

February 1, 2022

JANE DOE

By Counsel

_____
Robert E. Dean, Esq. (VSB No. 80288)
ROB DEAN LAW
401 Campbell Ave., Ste. 302
Roanoke, Virginia 24016
Phone: (540) 585-1776
Fax:     (540) 301-0833
Email: rob@robdeanlaw.com

*Counsel for Plaintiff*

## Certificate of Service

I hereby certify that, on this the 1st day of February, 2022, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record in this matter.

_____

2